IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAI Corporation,<br><br>   Plaintiff,<br><br> v.<br><br>Integrated Science Solutions, Inc.,<br><br>   Defendant.        / | No. CV06-05349 JSW<br><br>**ORDER SCHEDULING TRIAL AND**<br>**PRETRIAL MATTERS** |

  Following the Case Management Conference, IT IS HEREBY ORDERED that the Case Management Statement is adopted, except as expressly modified by this Order. It is further ORDERED that:

**A. DATES**

Jury Trial Date: 2/4/2008, at 8:30 a.m.

Pretrial Conference: Monday, 1/14/2008, at 2:00 p.m.

Pretrial filings due: Monday, December 31, 2007 (see this Court's Standing Order re: Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases)

**B. REFERRAL TO A MAGISTRATE JUDGE**

  This matter is referred for to Magistrate Judge Joseph C. Spero for all purposes, except Pretrial Conference and Trial.

**C. PROCEDURE FOR AMENDING THIS ORDER**

  No provision of this order may be changed except by written order of this court upon its own motion or upon motion of one or more parties made pursuant to Civil. L. R. 7-1 or 7-1-(b)

with a showing of very good cause.  If the modification sought is an extension of a deadline contained herein, the motion must be brought before expiration of that deadline.  The parties may not modify the pretrial schedule by stipulation.  A conflict with a court date set after the date of this order does not constitute good cause.

**IT IS SO ORDERED.**

Dated:  April 23, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2