IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAI CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>INTEGRATED SCIENCE SOLUTIONS, INC. et al.,<br><br>    Defendants.<br>_____/ | No. C 06-05349 JSW<br><br>**ORDER REFERRING MATTER TO MAGISTRATE JUDGE SPERO FOR ALL PURPOSES** |

    Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this matter is HEREBY REFERRED to Magistrate Judge Joseph Spero for all further proceedings.

**IT IS SO ORDERED.**

Dated: July 30, 2007

                                                      JEFFREY S. WHITE<br>                                                    UNITED STATES DISTRICT JUDGE

cc: Wings Hom