UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAI CORPORATION,<br><br>    Plaintiff(s),<br><br>    v.<br><br>INTEGRATED SCIENCE SOLUTIONS, INC., et al.,<br><br>    Defendant(s). | No. C06-5349 JSW (BZ)<br><br>**ORDER** |

The request to have Ms. McCloy and Dr. Dobson appear at the settlement conference is **GRANTED.**

Dated: August 28, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

1