CHARLES H. HORN (SBN 063362)
BRADLEY D. FELL (SBN 212988)
WRIGHT, ROBINSON, OSTHIMER & TATUM
44 Montgomery Street, 18th Floor
San Francisco, California 94104-4705
Telephone: (415) 391-7111
Facsimile: (415) 391-8766

Attorneys for Counter-Defendant PAI CORPORATION a Tennessee Corporation, and Counter-defendant DOAN PHUNG an individual.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAI CORPORATION a Tennessee Corporation,<br><br>Plaintiffs.<br><br>v.<br><br>INTEGRATED SCIENCE SOLUTIONS, INC., a California Corporation; CECELIA McCLOY, individually and doing business as, INTEGRATED SCIENCE SOLUTIONS, INC., a California Corporation; DAVID C. DOBSON, individually and doing business as INTEGRATED SCIENCE SOLUTIONS, INC., a California corporation,<br><br>Defendants. | Case No. C-06-05349 JSW<br><br>[Proposed] Order Allowing Non-Lead Counsel to Appear at the Mandatory Settlement Conference |
| INTEGRATED SCIENCE SOLUTIONS, INC., and CECELIA McCLOY<br><br>Counterclaimants<br><br>PAI CORPORATION and DOAN PHUNG<br>Counter-defendants. | |

IT HEREBY ORDERED that Bradley D. Fell from Wright Robinson Osthimer & Tatum may appear at the Mandatory Settlement Conference dated September 20, 2007, on behalf of his clients Counter-defendants PAI CORPORATION and DOAN PHUNG.

Order Allowing Non-Lead Counsel to Appear at the Mandatory Settlement Conference
Case No. C-06-05349 JSW

1  IT IS SO ORDERED.
2  Date: 17 Sept 07
3
4  Bernard Zimmerman
   United State Magistrate Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Order Allowing Non-Lead Counsel to Appear at the Mandatory Settlement Conference
Case No. C-06-05349 JSW