| | |
|---|---|
| 1 | DLC LAW GROUP |
| | Q. Huy Do (State Bar No. 184462) |
| 2 | 222 Kearny Street, 7th Floor |
| | San Francisco, CA 94108 |
| 3 | Tel.:  415-433-1200 |
| | Fax:  415-433-1211 |
| 4 | Email:  huy.do@dlc-law.com |
| 5 | Attorneys for Plaintiff PAI CORPORATION, |
| | a Tennessee Corporation, and Counterdefendant |
| 6 | DOAN PHUNG, an individual |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| 10 | PAI CORPORATION, a Tennessee Corporation, | No. C 06-05349 JCS |
| 11 | | The Honorable Joseph C. Spero |
| 12 | Plaintiff, | [Proposed] ORDER GRANTING PAI CORPORATION'S SECOND APPLICATION TO FILE UNDER SEAL |
| 13 | | |
| 14 | v. | |
| 15 | INTEGRATED SCIENCE SOLUTIONS, INC., a California Corporation; CECELIA McCLOY, individually and doing business as, INTEGRATED SCIENCE SOLUTIONS, INC., a California corporation; DAVID C. DOBSON, individually and doing business as INTEGRATED SCIENCE SOLUTIONS, INC., a California corporation, | |
| 20 | Defendants. | |
| 21 | INTEGRATED SCIENCE SOLUTIONS, INC., and CECELIA McCLOY; | |
| 22 | Counterclaimants, | |
| 23 | v. | |
| 24 | | |
| 25 | PAI CORPORATION and DOAN PHUNG | |
| 26 | Counterdefendants. | |

1

**ORDER GRANTING PAI CORPORATION'S SECOND APPLICATION
TO FILE UNDER SEAL, Case No. 06-05349 JCS**

1  The application of PAI Corporation to file under seal an unredacted version of its
2  Opposition to Defendants' Motion for Partial Summary Judgment was submitted on October
3  12, 2007.
4  The application was properly made under Civil Local rule 79-5.1 and a Stipulated
5  Protective Order executed by the parties and signed by United States District Judge Jeffrey S.
6  Whyte.
7  GOOD CAUSE HAVING BEEN SHOWN,
8  IT IS HEREBY ORDERED THAT the application is GRANTED; AND
9  FURTHER, THAT THE UNREDACTED VERSION OF THE MOTION AND ITS
10 SUPPORTING PAPERS SHALL BE FILED UNDER SEAL.

DATED: October 15, 2007

_____
United S[tates] [Magistrate Judg]e
Judge Joseph C. Spero

**ORDER GRANTING PAI CORPORATION'S SECOND APPLICATION
TO FILE UNDER SEAL, Case No. 06-05349 JCS**