UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAI CORPORATION, | Case No. C06-5349 JCS |
| Plaintiff(s), | |
| v. | **ORDER TO RETURN DOCKET ENTRY REGARDING DISCOVERY DISPUTE [Docket No. 85]** |
| INTEGRATED SCIENCE SOLUTIONS, | |
| Defendant(s). | |

IT IS HEREBY ORDERED that the Clerk shall return the following docket entry related to a discovery dispute filed on December 17, 2007 [Docket No. 85] for failure to comply with the Court's Order.

IT IS HEREBY FURTHER ORDERED that the parties shall meet-and-confer, **in person**, on the outstanding discovery dispute at the Office of the DLC Law Group on **December 17, 2007, at 9:30 a.m.** The parties shall submit a Joint Letter brief to the Court on any unresolved issues. Upon receipt of the Joint Letter, the Court will determine what further proceedings will be necessary.

IT IS SO ORDERED.

Dated: December 18, 2007

JOSEPH C. SPERO
United States Magistrate Judge