1  PATRICIA A. MEAGHER (SBN 113219)
   ROSSI & MEAGHER LLP
2  The Hobart Building
   582 Market Street, Suite 301
3  San Francisco, CA  94104
   Telephone:  415-362-6517
4  Facsimile:  415-362-6519
   Email:  pmeagher@rossimeagher.com
5
   Attorney for Defendants and Counterclaimants
6  Integrated Science Solutions, Inc. and
   Cecelia McCloy, and Defendant David C. Dobson
7

8
                **UNITED STATES DISTRICT COURT**
9

10
       **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**
11

12
   PAI CORPORATION,                    )   Case No. C06-05349 JCS
13                                     )
           Plaintiff,                  )
14                                     )   **DISMISSAL OF**
       v.                              )   **COUNTERCLAIMANT MCCLOY'S**
15                                     )   **CLAIM FOR RELIEF FOR LIBEL**
   INTEGRATED SCIENCE SOLUTIONS,       )   **AGAINST DOAN PHUNG AND PAI**
16 INC., a California Corporation; CECELIA ) **CORPORATION**
   McCLOY, individually and doing business as )
17 INTEGRATED SCIENCE SOLUTIONS,       )
   INC., a California Corporation; DAVID C. )
18 DOBSON, individually and doing business )
   as INTEGRATED SCIENCE SOLUTIONS,    )
19 INC., a California Corporation,     )
                                       )
20                                     )
           Defendants.                 )
21 _____)
                                       )
22 INTEGRATED SCIENCE SOLUTIONS,)
   INC., and CECELIA McCLOY;           )
23                                     )
           Counterclaimants,           )
24                                     )
       v.                              )
25                                     )
                                       )
26                                     )
   PAI CORPORATION and DOAN PHUNG      )
27                                     )
           Counterdefendants.          )
28 _____)

---
-1-
**DISMISSAL OF MCCLOY'S CLAIM FOR RELIEF FOR LIBEL - CASE NO. 06-05349 JCS**

1  WHEREAS the terms of the settlement between counterclaimant Cecelia McCloy ("McCloy") and counterdefendants PAI Corporation ("PAI") and Doan Phung ("Phung") as to the claim for relief for libel having been fulfilled,

McCloy hereby dismisses with prejudice the SECOND CLAIM FOR RELIEF (Libel) of the FIRST AMENDED COUNTERCLAIM.

ISSi's claim for relief against PAI Corporation for breach of contract as set forth in the First Amended Counterclaim survives this dismissal in its entirety.

Respectfully submitted,

ROSSI & MEAGHER

Dated: January 8, 2008

/s/
PATRICIA A. MEAGHER
Attorney for Defendants and Counterclaimants

Dated: Jan. 8, 2008

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA