1  PATRICIA A. MEAGHER
   ROSSI & MEAGHER LLP
2  The Hobart Building
   582 Market Street, Suite 301
3  San Francisco, CA  94104
   Telephone:  415-362-6517
4  Facsimile:  415-362-6519
   Email:  pmeagher@rossimeagher.com
5
   WILLIAM E. ADAMS
6  DAVID C. LEE
   FITZGERALD ABBOTT & BEASLEY LLP
7  1221 Broadway
   21st Floor
8  Oakland, California 94612

9  Attorneys for Defendant and Counterclaimant
   Integrated Science Solutions, Inc., and Defendants
10 Cecelia McCloy and David C. Dobson

11                 **UNITED STATES DISTRICT COURT**

12                 **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAI CORPORATION, | Case No. 06-05349 JCS |
| Plaintiff, | **STIPULATION TO SUBMIT TO SETTLEMENT CONFERENCE BEFORE JUDGE ZIMMERMAN** |
| v. | |
| INTEGRATED SCIENCE SOLUTIONS, INC., a California Corporation; CECELIA McCLOY, individually and doing business as INTEGRATED SCIENCE SOLUTIONS, INC., a California Corporation; DAVID C. DOBSON, individually and doing business as INTEGRATED SCIENCE SOLUTIONS, INC., a California Corporation, | |
| Defendants. | |
| AND RELATED COUNTERCLAIM | |

        Plaintiff PAI Corporation ("PAI"), defendant and counterclaimant Integrated Science Solutions Inc. ("ISSi") and defendants Cecelia McCloy and David Dobson, through their respective counsel of record, (collectively referred to as "the Parties") hereby stipulate

- 1 -
DECL. OF THOMAS ANDERSON IOT PLAINTIFF'S MSA — Case No. 06-05349

as follows:

1. The Parties agree to a settlement conference before the Honorable Bernard Zimmerman, U.S. Magistrate Judge, at the earliest date available to Judge Zimmerman and the parties.

2. The Parties have conferred and are available for a settlement conference before Judge Zimmerman on Friday, February 29, 2008.

IT IS SO AGREED.

/s/
Patricia A. Meagher
Rossi & Meagher LLP
Attorneys for ISSi, McCloy and Dobson

/s/
Q. Huy Do
DLC Law Group, APLC
Attorneys for PAI

Dated: Feb. 19, 2008

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA