1  CHARLES H. HORN (SBN 063362)
   BRADLEY D. FELL (SBN 212938)
2  WRIGHT, ROBINSON, OSTHIMER & TATUM
   44 Montgomery Street, 18th Floor
3  San Francisco, California 94104-4705
   Telephone: (415) 391-7111
4  Facsimile:  (415) 391-8766

5  Attorneys for Counter-Defendant PAI CORPORATION
   a Tennessee Corporation, and Counter-defendant DOAN
   PHUNG an individual.

6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10 PAI CORPORATION a Tennessee          Case No. C-06-05349 JCS
   Corporation,
11                                       **STIPULATION AND ORDER TO
                Plaintiffs.              WITHDRAWAL AS COUNSEL OF
12                                       RECORD TO COUNTER-CLAIM
        v.                               ONLY**
13
   INTEGRATED SCIENCE SOLUTIONS,
14 INC., a California Corporation; CECELIA
   McCLOY, individually and doing business
15 as, INTEGRATED SCIENCE SOLUTIONS,
   INC., a California Corporation; DAVID C.
16 DOBSON, individually and doing business as
   INTEGRATED SCIENCE SOLUTIONS,
17 INC., a California corporation,

18          Defendants.

19 INTEGRATED SCIENCE SOLUTIONS,
   INC., and CECELIA McCLOY
20
            Counterclaimants
21
   PAI CORPORATION and DOAN PHUNG
22          Counter-defendants.

23 _____/

24      DLC LAW GROUP and Counter-Defendant PAI CORPORATION a Tennessee

25 Corporation, and Counter-defendant DOAN PHUNG an individual, hereby stipulate that Charles

26 H. Horn and Bradley D. Fell of the law office of Wright Robinson Osthimer & Tatum will no

27

28                                       1
   STIPULATION AND ORDER TO WITHDRAWAL AS COUNSEL OF RECORD TO COUNTER-CLAIM ONLY
                           Case No. C-06-05349 JCS

longer be attorneys of record for Counter-Defendant PAI CORPORATION a Tennessee Corporation, and Counter-Defendant DOAN PHUNG an individual.

The DLC LAW GROUP will continue to represent Counter-Defendant PAI CORPORATION a Tennessee Corporation, and Counter-Defendant DOAN PHUNG an individual, in connection with the remaining counter-complaint issues filed on behalf INTEGRATED SCIENCE SOLUTIONS, INC., and CECELIA McCLOY.

DATED: January 25, 2008          DLC LAW GROUP

                                 By /s/ Q. Huy Do
                                 Q. HUY DO
                                 Attorneys for Plaintiffs and Counter-Defendant PAI
                                 CORPORATION a Tennessee Corporation, and
                                 Counter-defendant DOAN PHUNG an individual

DATED: January 20, 2008          DLC LAW GROUP

                                 By /s/ Doan Phung
                                 DOAN PHUNG individually and as authorized
                                 representative of PAI CORPORATION

DATED: ~~January~~ February 8, 2008    WRIGHT ROBINSON OSTHIMER & TATUM

                                 /s/ Bradley D. Feil
                                 BRADLEY D. FEIL
                                 Attorney for Counter-Defendant PAI
                                 CORPORATION a Tennessee Corporation, and
                                 Counter-defendant DOAN PHUNG an individual.

//

2
**STIPULATION AND ORDER TO WITHDRAWAL AS COUNSEL OF RECORD TO COUNTER-CLAIM ONLY**
Case No. C-06-05349 JCS

1  IT IS HERBY ORDERED THAT Charles H. Horn and Bradley D. Fell of the law firm of
2  Wright, Robinson, Osthimer & Tatum, is withdrawn as counsel for Counter-Defendant PAI
3  CORPORATION a Tennessee Corporation, and Counter-defendant DOAN PHUNG an
4  individual.

Dated: Feb. 25, 2008

U.S.M. [signature]
Judge Joseph C. Spero

3
STIPULATION AND ORDER TO WITHDRAWAL AS COUNSEL OF RECORD TO COUNTER-CLAIM ONLY
Case No. C-06-05349 JCS