UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAI CORPORATION,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>INTEGRATED SCIENCE SOLUTIONS, INC., et al.,<br><br>　　　　Defendant(s). | No. C06-5349 JCS (BZ)<br><br>**ORDER SCHEDULING<br>SETTLEMENT CONFERENCE** |

Pursuant to the stipulation of the parties and the Order of Judge Spero, **IT IS HEREBY ORDERED** that a further settlement conference is scheduled for **Tuesday, March 11, 2008 at 9:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Each party shall lodge a supplemental settlement conference statement by no later than **March 4, 2008** advising the court of their current settlement position and any developments since the last settlement conference that have a material bearing on their settlement position.

Dated: February 25, 2008

　　　　　　　　　　　　　　　　　/s/ Bernard Zimmerman
　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　United States Magistrate Judge

g:bzall\-refs\refs.08\pai further sett conf.ord.wpd

1