United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAI CORPORATION,

    Plaintiff(s),

v.

INTEGRATED SCIENCE SOLUTIONS, INC., ET AL.,

    Defendant(s).

No. C-06-05349 JCS

**ORDER TO UNSEAL COURT'S FEBRUARY 14, 2008 ORDER [Docket No. 101]**

The parties having submitted no redactions to the Order Re Summary Judgment Motions, the Court hereby ORDERS that the following Order Re Summary Judgment Motions [Docket No. 101] shall be UNSEALED and the entire opinion may be published in the public record.

IT IS SO ORDERED.

Dated: March 4, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge