# ROSSI & MEAGHER LLP

February 29, 2008

By Facsimile (415.522.4694)

The Honorable Bernard Zimmerman
United States District Court
450 Golden Gate Ave
San Francisco, CA   94102

      Re:  <u>PAI v. ISSi et. al., N.D. Ca. Case No. 06-5349 JCS</u>

Dear Judge Zimmerman:

    The Court has set the above-referenced matter for settlement conference on March 11, 2008, 2008. There are three defendants: Integrated Science Solutions, Inc. ("ISSi") and its officers/owners, Cecelia McCloy and David Dobson. The parties previously appeared before the Court for a settlement conference in September 2007.

    Defendants respectfully request the Court's permission for Mr. Dobson to appear at the settlement conference on behalf of defendants. He will have full authority to settle all claims against ISSi, McCloy and Dobson as well as ISSi's counterclaim against PAI. Ms. McCloy has a long standing business commitment out of state on March 11, 2008 and therefore we also respectfully request the Court's consent to Ms. McCloy's absence from the settlement conference.

*[Handwritten note: No opposition. Permission granted. Bernard Zimmerman]*

Very truly yours,

Patricia A. Meagher

**GRANTED**
*Judge Bernard Zimmerman*
(Seal: United States District Court, Northern District of California)

PAM/gb
Cc:  Q. Huy Do, Counsel for Plaintiff
      David Dobson

582 Market Street | Suite 301 | San Francisco, CA 94104 | Tel 415.362.6517 | Fax 415.362.6519 | pmeagher@rossinet.com