| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | DLC LAW GROUP<br>A PROFESSIONAL LAW CORPORATION<br>Q. Huy Do (State Bar No. 184462)<br>222 Kearny Street, 7th Floor<br>San Francisco, CA 94108<br>Tel.: 415-433-1200<br>Fax: 415-433-1211<br>Email: huy.do@dlc-law.com<br><br>Attorneys for Plaintiff PAI CORPORATION,<br>a Tennessee Corporation |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PAI CORPORATION, a Tennessee Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>INTEGRATED SCIENCE SOLUTIONS, INC., a California Corporation; CECELIA McCLOY, individually and doing business as, INTEGRATED SCIENCE SOLUTIONS, INC., a California corporation; DAVID C. DOBSON, individually and doing business as INTEGRATED SCIENCE SOLUTIONS, INC., a California corporation,<br><br>    Defendants.<br>INTEGRATED SCIENCE SOLUTIONS, INC.,;<br><br>    Counterclaimant,<br><br>  v.<br><br>PAI CORPORATION<br><br>    Counterdefendant. | No. C 06-05349 JCS<br><br>**STIPULATION TO WITHDRAW DEFENDANTS' OBJECTION TO NORMAN DUQUETTE** |

1
**STIPULATION TO WITHDRAW OBJECTION**
**Case No. 06-05349 JCS**

WHEREAS, Plaintiff informed Defendants of its retention of Norman Duquette as its damages expert on February 26, 2008;

WHEREAS, Defendants filed an Objection to Norman Duquette on March 3, 2008 ("Objection");

WHEREAS, the parties through their counsel have met and conferred to discuss the substance of the Defendants' Objection;

WHEREFORE, Plaintiff PAI Corporation ("PAI"), defendant and counterclaimant Integrated Science Solutions Inc. ("ISSi") and defendants Cecelia McCloy and David Dobson, through their respective counsel of record, (collectively referred to as "the Parties") hereby stipulate as follows:

1. Paragraph 7.4(a) of the Stipulated Protective Order is modified to provide as follows: "(5) identify each person or entity from whom the Expert has received compensation for significant work in his or her areas of expertise or to whom the expert has provided professional services at any time during the preceding five years[.]"

2. For a period of two years after the conclusion of this litigation, the parties' respective damages experts (Mr. Everett Harry and Mr. Norman Duquette)

    a. will not perform any services involving PAI's OSHIMES contract with NASA or the PAI-ISSi subcontract thereunder;

    b. will not assist PAI or ISSi in the preparation of any proposal to be submitted to NASA as a prime contractor or any lower tier subcontractor;

    c. will not assist in the preparation of a proposal or participate in any way in any competition where it is known or there is reason to know that any party to this litigation will be a competitor, subcontractor or team member.

3. Notwithstanding the parties' agreement in paragraph 2, the parties agree that Mr. Norman Duquette is not precluded from performing litigation services for PAI in this litigation, including such work as is required for him to prepare a rebuttal to the damages

report prepared by Mr. Everett Harry. The parties further agree that Mr. Duquette is limited to his role as a damages expert in the pending case, and that no information, data or analysis prepared by Mr. Duquette for this litigation is to be used for any other purpose by either of the parties.

4. Breach of the terms of this Stipulation may result in irreparable harm to either party and thus may be addressed by injunctive relief. The parties consent to the continuing jurisdiction of this court for purposes of enforcing the terms of the Stipulation.

5. Defendants agree to withdraw, and hereby withdraw, the Objection to Norman Duquette.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

| March 20, 2008 | /s/ |
|---|---|
| Date | Q. Huy Do |
| | DLC LAW GROUP, APLC |
| | Attorneys for PAI Corporation |

| March 20, 2008 | /s/ |
|---|---|
| Date | Patricia A. Meagher |
| | Rossi & Meagher LLP |
| | Attorneys for ISSi, McCloy and Dobson |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 26, 2008

Joseph C. Spero
United States Magistrate Judge

3
**STIPULATION TO WITHDRAW OBJECTION**
**Case No. 06-05349 JCS**