**United States District Court**
For the Northern District of California

1
2
3
4           UNITED STATES DISTRICT COURT
5           NORTHERN DISTRICT OF CALIFORNIA
6
7   PAI CORPORATION,                        Case No. C06-5349 JCS
8           Plaintiff(s),
                                            **ORDER FOR DEFENDANT TO**
9       v.                                  **PRODUCE UNREDACTED**
                                            **DOCUMENTS AND FOR SANCTIONS**
10  INTEGRATED SCIENCE SOLUTIONS,           **[Docket No. 119]**
11          Defendant(s).
12  _____/
13          IT IS HEREBY ORDERED that the Defendant's shall produce all communications between
14  Cecilia McCloy and any former PAI employees contained in the personnel files for the time period
15  sought, without redaction. Documents shall be produced on **April 4, 2008, by Noon.**
16          IT IS HEREBY FURTHER ORDERED that Defendant shall pay $500 as attorney fees and
17  costs incurred by Plaintiff for bringing this matter before the Court.
18          IT IS SO ORDERED.
19
20  Dated:  April 4, 2008
21                                          _____
22                                          JOSEPH C. SPERO
                                            United States Magistrate Judge
23
24
25
26
27
28