UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAI CORPORATION

   Plaintiff(s),

  v.

INTEGRATED SCIENCE SOLUTIONS INC

   Defendant(s).

_____/

No. C-06-05349

ORDER DIRECTING JURY COMMISSIONER TO FURNISH DAILY REFRESHMENTS

   IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish daily refreshments for the members of the jury in the above-entitled matter at the expense of the United States effective October 15, 2008 through October 28, 2008, except for Thursday, October 23, 2008 and each  Friday during this period.

   IT IS SO ORDERED.

Dated: October 3, 2008

_____

JOSEPH C. SPERO
United States Magistrate Judge

United States District Court

For the Northern District of California