**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAI CORPORATION,             No. C 06-05349 (JCS)

        Plaintiff(s),

        v.            **FINAL PRETRIAL ORDER**

INTEGRATED SCIENCE SOLUTIONS INC., ET AL.,

        Defendant(s).
_____/

Following the Final Pretrial Conference held on October 3, 2008, IT IS HEREBY ORDERED THAT:

Except as modified by this Order, the Court adopts the parties' Proposed Joint Pretrial Order as an order of the Court.

A. Trial will commence on **October 14, 2008**, **at 8:30 a.m.,** in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate, San Francisco, California, and will last **eight (8) days**. Trial days will be from 8:30 a.m. to 2:30 p.m., with a 15-minute break at 10:30 a.m. and a 45-minute lunch break at noon. Each side shall have 14 hours in which to present the direct examination of its witnesses and the cross-examination of the opposing party's witnesses, including all objections and other time spent in front of the jury. In addition, each side shall have up to forty-five minutes to present an opening statement.

B. All witnesses, other than client representatives and expert witnesses, are excluded from the trial.

  C. Not later than the first day of trial, the parties shall prepare a jury instruction that includes all stipulated facts. Those stipulated facts may be read by the parties as evidence during the trial.

  D. Not later than the **October 10, 2008**, the parties shall a file a revised agreed-upon set of jury instructions for the Court's review. By that date, the parties shall also file a joint one paragraph statement of the case to be read by the Court during Voir Dire. In addition, by that date, the parties shall file a joint proposed verdict form. The Court will read 9th Circuit model instructions 1.1-1.14, 1.18-1.19, 2.8, and 2.11-2.13 before opening statements.

  E. Motions in Limine

    1. Plaintiff's Motion in Limine No. 1 to exclude evidence offered to interpret paragraph 4.7 of the Subcontract is Denied in Part. The parties are to submit a joint limiting instruction by October 10, 2008.

    2. Plaintiff's Motion in Limine No. 2 to exclude evidence regarding PAI's administrative protest is GRANTED.

    3. Plaintiff's Motion in Limine No. 3 to exclude opinion testimony of Brown is GRANTED in part. Brown shall not give any testimony on the administrative protest in this case.

    4. Plaintiff's Motion in Limine No. 4 to exclude prior convictions of Duquette is DENIED in part. No evidence may be offered regarding the 1994 tax ruling, but Duquette's conviction may be offered.

    5. Plaintiff's Motion in Limine No. 5 to exclude evidence of women owned status is DENIED.

    6. Defendants' Motion in Limine No. 1 to exclude to exclude evidence of offers of settlment is GRANTED.

    7. Defendants' Motion in Limine No. 2 to exclude evidenc of Defendants finacial condition is GRANTED in part. Evidence of Issi's financial condition after March, 2005, and of McCloy's financial condition, may not be offered into evidence in phase I of the trial. Otherwise, DENIED.

        8.     Defendants' Motion in Limine No. 3 to exclude expert opinion testimony by non-disclosed experts is GRANTED.

        9.     Defendants' Motion in Limine No. 4 to exclude reference to confidential designations made during discovery is GRANTED.

      10.    Defendants' Motion in Limine No. 5 to exclude evidence of negligent misrepresentations relating to future conduct is DENIED.

F.    Be on time and prepared with witnesses. If the party then presenting its case does not have its next witness present at any time, it will be deemed to have rested that portion of its case (e.g. case in chief, rebuttal).

G.    Notices of witnesses and documents: At the close of each trial day, each party must disclose to the other parties the witnesses to be called on direct examination for the following 2 days, and the Exhibit numbers of the documents that it plans to use on direct (other than for impeachment). With 24 hours of such disclosure, the opposing party shall provide the exhibit numbers of the documents to be used in cross of the witnesses (other that for impeachment). No Party will be allowed to call witnesses or use documents other than those that have been previously disclosed both in the Pretrial Conference Statement, <u>and</u> in the daily witness lists.

H.    The trial will be conducted in two phases. Phase I will encompass all issues except the amount of punitive damages. Phase II will encompass the amount of punitive damages.

IT IS SO ORDERED.

Dated: October 7, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge

3