1  PATRICIA MEAGHER, #113219
   ROSSI & MEAGHER LLP
2  The Hobart Building
   582 Market Street, Suite 301
3  San Francisco, CA  94104
   Telephone: (415) 362-6517
4  Facsimile: (415) 362-6519
   Email: pmeagher@rossimeagher.com
5
   WILLIAM E. ADAMS #153330
6  DAVID C. LEE #193743
   FITZGERALD, ABBOTT & BEARDSLEY LLP
7  1221 Broadway, 21st Floor
   Oakland, California  94612
8  Telephone: (510) 451-3300
   Facsimile: (510) 451-1527
9  Email: wadams@fablaw.com

10 Attorneys for Defendants
   INTEGRATED SCIENCE SOLUTIONS, INC.
11 CECELIA MCCLOY and DAVID C. DOBSON

12 Q. HUY DO #184462
   DLC LAW GROUP
13 A PROFESSIONAL LAW CORPORATION
   26 O'Farrell, Suite 506
14 San Francisco, CA 94108
   Tel.:    (415) 707-5000
15 Fax:    (415) 707-5051
   Email: huy.do@dlc-law.com
16
   Attorneys for Plaintiff
17 PAI CORPORATION, a Tennessee Corporation

18             UNITED STATES DISTRICT COURT

19     NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

20 PAI CORPORATION,                          Case No.: C06-05349 JCS

21            Plaintiff,                       [PROPOSED] JOINT STATEMENT OF
        vs.                                    THE CASE
22
   INTEGRATED SCIENCE SOLUTIONS,              Trial Date:  October 14, 2008
23 INC., a California Corporation; CECELIA    Time:        8:30 a.m.
   McCLOY, individually and doing business as Courtroom: 2
24 INTEGRATED SCIENCE SOLUTIONS,
   INC., a California Corporation; DAVID C.   Honorable Joseph C. Spero
25 DOBSON; individually and doing business as
   INTEGRATED SCIENCE SOLUTIONS,
26 INC., a California Corporation,

27            Defendants.

28

                                   1.

1    PAI Corporation is the plaintiff in this case.  The Defendants are Integrated Science

2    Solutions, Inc. ("ISSi"), and ISSi's owners, Cecilia McCloy and David Dobson.  In 1999, the

3    parties agreed to work together to seek a services contract with NASA.  In 2000, NASA Ames

4    Research Center at Moffett Field, California, awarded PAI a contract to manage the

5    Occupational, Safety, Industrial Hygiene, Medical, and Environmental Services ("OSIHMES")

6    for the period 2000 to 2005.  PAI and ISSi thereafter entered into a written subcontract

7    whereby ISSi acted as one of PAI's subcontractors in providing OSIHMES services to NASA.

8    PAI also hired Ms. McCloy as its on-site PAI Program Manager for the OSIHMES contract at

9    ARC.

10    In 2002, PAI terminated Ms. McCloy as Program Manager.  Ms. McCloy was

11    concurrently employed by PAI and ISSi during the same time period from March 2000 to

12    March 2002.  ISSi remained a subcontractor for PAI after Ms. McCloy was terminated.

13    In 2004, PAI and ISSi both competed for NASA's Environmental Services contract

14    ("ES Contract") for the 2005 to 2009 period.  In 2005, NASA awarded the ES Contract to ISSi.

15    In 2005, the parties also competed for NASA's Occupational, Safety, Industrial hygiene, and

16    Medical ("OSIHM") contract for the 2005 to 2009 period.  NASA awarded that OSIHM

17    contract to a company other than PAI and ISSi.  The ES and OSIHM contracts involved the

18    same scope of work performed under the OSIHMES Contract.

19    PAI alleges that Ms. McCloy breached her fiduciary duty to PAI while she was PAI's

20    program manager.  PAI also alleges in this lawsuit that ISSi breached the terms of the

21    subcontract agreement and Ms. McCloy breached the terms of her employment agreement.

22    PAI further alleges that Defendants misappropriated trade secret information from PAI, and

23    used that information to unfairly compete against PAI in a bid for the ES and OSIHM

24    contracts.  PAI also alleges that Defendants interfered with PAI's business relationship with

25    NASA, resulting in ISSi winning the ES Contract and PAI not winning either of the NASA

26

27

28

[PROPOSED] JOINT STATEMENT OF THE CASE, CASE NO. C06-05349 JCS
10/10/08 (24977) #318822.1

1  contracts in 2005.  ISSi denies PAI's allegations, and has filed a separate counter-claim against

2  PAI seeking monies owed by PAI under the 2000 subcontract.  PAI denies it owes ISSi the

3  sums sought by ISSi under the subcontract.

4

5  Dated: October 10, 2008                    FITZGERALD, ABBOTT & BEARDSLEY LLP

6

7                                             By:  _____/s/_____

8                                                  William E. Adams
                                                   Attorneys for Defendants INTEGRATED
                                                   SCIENCE SOLUTIONS, INC., CECELIA
9                                                  MCCLOY and DAVID C. DOBSON

10

11 Dated: October 10, 2008                    DLC LAW GROUP

12

13                                            By:  _____/s/_____
                                                   Q. Huy Do
14                                                 Attorneys for Plaintiff PAI CORPORATION

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] JOINT STATEMENT OF THE CASE, CASE NO. C06-05349 JCS
10/10/08 (24977) #318822.1