**United States District Court**

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAI CORPORATION

        Plaintiff(s),

   v.

INTEGRATED SCIENCE SOLUTIONS INC

        Defendant(s).

_____/

No. C-06-05349

O R D E R   D I R E C T I N G   J U R Y COMMISSIONER TO FURNISH DAILY REFRESHMENTS AND LUNCH DURING DELIBERATION

       IT IS HEREBY ORDERED that the United Sates District Court Jury Commissioner shall furnish daily refreshments for the members of the jury in the above-entitled matter and during the deliberation lunch shall be furnished for the members of the jury at the expense of the United States District Court Jury Commissioner.

       IT IS SO ORDERED.

Dated: October 28, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge