UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAI CORPORATION,           No. C-06-05349 JCS

    Plaintiff,

  v.

INTEGRATED SCIENCE SOLUTIONS, INC., ET AL.,

    Defendants.
_____

INTEGRATED SCIENCE SOLUTIONS, INC., ET AL,

    Counterclaimants

  v.

PAI CORPORATION,

    Counterdefendant.
_____/

**AMENDED SUPPLEMENTAL JURY INSTRUCTIONS**

DATED: October 28, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge

1    All parties stipulated to the following instructions:

**JURY INSTRUCTION NO. 76A**

With respect to any award of damages in connection with Plaintiffs' claims, you shall not consider any damages arising from PAI's loss of the 2005 OSIHM contract awarded to CSS.

**JURY INSTRUCTION NO. 81**

With respect to any award of damages in connection with Defendant ISSi's counterclaim, you shall not consider any damages arising from the computed fee on PAI's work denied to ISSi through completion of the prime contract (ie., the extension period denied to ISSi).