UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MAGISTRATE JUDGE JOSEPH C. SPERO

Case No.  C06-5349 JCS

CASE NAME: PAI Corporation v. Integrated Science Solutions, Inc., et al.

NOTE FROM THE JURY

Note No.: 1

Date:

Time:

**FILED**

OCT 2 8 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1.  The Jury has reached a unanimous verdict (  )

or

2.  The Jury has the following question:

_____

_____

_____

_____

_____

_____

_____

_____

Foreperson of the Jury
or Juror

W. 8:30 - 5

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**FILED**

**MAGISTRATE JUDGE JOSEPH C. SPERO**

OCT **2 8** 2008

**Case No.** <u>C06-5349 JCS</u>

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CASE NAME:** <u>PAI Corporation v. Integrated Science Solutions, Inc., et al.</u>

**NOTE FROM THE JURY**

Note No.: ___2___

Date: __10/29/08__

Time: __3:00pm__

1.   The Jury has reached a unanimous verdict (  )

or

2.   The Jury has the following question:

(1) Is there a legal definition of the term "harm?"

(2) If so, what is it?

(3) When can we expect to see evidence?

_____

_____

Steven Zapata

Foreperson of the Jury
or Juror

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

MAGISTRATE JUDGE JOSEPH C. SPERO

OCT 2 8 2008

Case No. __C06-5349 JCS__

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NAME: PAI Corporation v. Integrated Science Solutions, Inc., et al.

**NOTE FROM THE JURY**

Note No.: ___1___

Date:__10|20|08___

Time:__12:45pm___

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

May we have a copy of charges from the
plantff & counter charges from defendant?
It will help w/ determining relevance w/ respect
to the evidence.

Steve M Zapata
Foreperson of the Jury
or Juror

Jury No. 1