UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED

MAGISTRATE JUDGE JOSEPH C. SPERO

OCT 2 9 2008

Case No.  C06-5349 JCS

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NAME: PAI Corporation v. Integrated Science Solutions, Inc., et al.

NOTE FROM THE JURY

Note No.: 3

Date: 10/29/08

Time: 12:05

1. The Jury has reached a unanimous verdict (✓)

or

2. The Jury has the following question:

_____
_____
_____
_____
_____
_____
_____
_____

Foreperson of the Jury
or Juror    ADAMS