ORIGINAL

**FILED**

OCT 2 9 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAI CORPORATION, | No. C-06-05349 JCS |
| Plaintiff, | |
| v. | |
| INTEGRATED SCIENCE SOLUTIONS, INC., ET AL., | |
| Defendants. | |
| INTEGRATED SCIENCE SOLUTIONS, INC., ET AL, | |
| Counterclaimants | |
| v. | |
| PAI CORPORATION, | |
| Counterdefendant. | |

**SPECIAL VERDICT FORM**

DATED: October 28, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge

# JURY VERDICT

We, the jury, unanimously find as follows:

## I. PAI's CLAIMS AGAINST DEFENDANTS

### A. Claims Against Defendant Cecelia McCloy Only

1. Did PAI Corporation prove by a preponderance of the evidence that Defendant McCloy breached a fiduciary duty to PAI Corporation?

   ✓ Yes ___ No

   Proceed to question 2.

2. Did PAI Corporation prove by a preponderance of the evidence that McCloy breached her Employment Agreement?

   ✓ Yes ___ No

   Proceed to question 3.

3. Did PAI Corporation prove by a preponderance of the evidence that McCloy breached her Confidentiality Agreements?

   ✓ Yes ___ No

   Proceed to question 4.

4. Did PAI Corporation prove by a preponderance of the evidence that McCloy breached her Trade Secret Agreement?

   ___ Yes ✓ No

   Proceed to question 5.

2

**B.  Claims Against Defendant ISSi Corporation Only**

5.  Did PAI Corporation prove by a preponderance of the evidence that Defendant ISSi breached the Subcontract Agreement?

✓ Yes ___ No

Proceed to question 6.

**C.  Claims Against Both McCloy and ISSi**

6.  Did PAI Corporation prove by a preponderance of the evidence that Defendants McCloy and ISSi misappropriated PAI's trade secrets?

___ Yes ✓ No

Proceed to question 7.

7.  Did PAI Corporation prove by a preponderance of the evidence that Defendants McCloy and ISSi are liable to PAI for fraud?

___ Yes ✓ No

Proceed to question 8.

8.  Did PAI Corporation prove by a preponderance of the evidence that Defendants McCloy and ISSi intentionally interfered with PAI's prospective economic advantage?

✓ Yes ___ No

Proceed to question 9.

9.  Did PAI Corporation prove by a preponderance of the evidence that Defendants McCloy and ISSi negligently interfered with PAI's prospective economic advantage?

___ Yes ✓ No

Proceed to question 10.

3

10. Did PAI Corporation prove by a preponderance of the evidence that Defendants McCloy and ISSi engaged in unfair competition?

✓ Yes ___ No

Proceed to question 11.

II.  **ISSi's COUNTERCLAIM FOR BREACH OF CONTRACT AGAINST PAI CORPORATION**

11. Did ISSi prove by a preponderance of the evidence that PAI Corporation breached the Subcontract Agreement?

___ Yes ✓ No

Proceed to question 12.

III.  **DAMAGES**

12. If you answered "yes" to question 1, 2, 3, 4, 5, 6, 7, 8, or 9, what is the total amount of damages, if any, that should be awarded to PAI Corporation?

$ 2,130,845.

Proceed to question 13.

13. If you answered "yes" to question 1, 6, 7, 8, or 9, what punitive damages, if any, do you award against the following defendants:

McCloy: 0

ISSi: 0

Proceed to question 14.

14. If you answered "yes" to question 11, what are ISSi's damages, if any, for PAI Corporation's breach of the Subcontract Agreement?

$ _____0_____

**SIGN AND DATE THE SPECIAL VERDICT FORM**

Signed: _/s/ Barbara Adams_____

Foreperson of the Jury: __BARBARA ADAMS_____

Dated: __10/29/08__

After this Verdict Form has been signed and dated, please submit a Jury Note to the Court Security Officer notifying the Court that the Jury has reached a verdict. Please return the Verdict Form to the Courtroom Deputy.