PATRICIA MEAGHER, #113219
ROSSI & MEAGHER LLP
The Hobart Building
582 Market Street, Suite 301
San Francisco, CA 94104
Telephone: (415) 362-6517
Facsimile: (415) 362-6519
Email: pmeagher@rossimeagher.com

WILLIAM E. ADAMS #153330
DAVID C. LEE #193743
FITZGERALD, ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California 94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
Email: wadams@fablaw.com

Attorneys for Defendants
INTEGRATED SCIENCE SOLUTIONS, INC.
and CECELIA MCCLOY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| PAI CORPORATION,<br><br>            Plaintiff,<br>    vs.<br><br>INTEGRATED SCIENCE SOLUTIONS, INC., a California Corporation; CECELIA McCLOY, individually and doing business as INTEGRATED SCIENCE SOLUTIONS, INC., a California Corporation; DAVID C. DOBSON; individually and doing business as INTEGRATED SCIENCE SOLUTIONS, INC., a California Corporation,<br><br>            Defendants. | Case No.: C06-05349 JCS<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANTS TO FILE POST-TRIAL MOTIONS**<br><br>[FRCP 60(b)] |

WHEREAS, Defendants Integrated Science Solutions, Inc. ("ISSi") and Cecelia McCloy ("McCloy") (sometimes collectively referred to hereinafter as "Defendants") and Plaintiff PAI Corporation ("PAI) agreed at the time the jury reached its verdict that it would be appropriate for the Court to grant an extension of the time for Defendants to file their post-trial motions in this matter; and

---
1.
STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANTS TO FILE POST-TRIAL MOTIONS

11/12/08 (24977) #321337.1

1  WHEREAS, the parties jointly agreed and informed the Court that the deadline for
2  Defendants to file any post-trial motions should be extended to 30 days from the entry of
3  judgment, December 5, 2008; and

4  WHEREAS, the parties consent to the Court acting on this Stipulation without a
5  hearing.

6

7  THEREFORE, the parties respectfully submit that it would be appropriate for the Court
8  to extend time for Defendants to submit any post-trial motions to December 5, 2008.

9

10  Dated: November 13, 2008        FITZGERALD, ABBOTT & BEARDSLEY LLP

11

12                                 By: _____
                                   William E. Adams
13                                 Attorneys for Defendants INTEGRATED
                                   SCIENCE SOLUTIONS, INC. and
14                                 CECELIA MCCLOY

15
    Dated: November ___, 2008       DLC LAW GROUP
16

17

18                                 By: _____
                                   Huy Do
19                                 Attorneys for Plaintiff PAI CORPORATION

20  IT IS SO ORDERED.

21

22  Dated: November 14, 2008

23                                 **DENIED**
                                   Judge Joseph C. Spero
24                                 Honorable
                                   United ...
                                   Northern ...
25

26

27

28

2.

11/12/08 (24977) #321337.1