**United States District Court**
For the Northern District of California

1
2
3
4              UNITED STATES DISTRICT COURT
5              NORTHERN DISTRICT OF CALIFORNIA
6   PAI CORPORATION,                          Case No.  06-05349 JCS
7            Plaintiff(s),
8        v.                                   **ORDER GRANTING EXTENSION
                                              DEADLINE FOR DEFENDANTS TO
                                              FILE POST-TRIAL MOTIONS**
9   INTEGRATED SCIENCE SOLUTIONS INC,
10           Defendant(s).
    _____/
11
12         IT IS HEREBY ORDERED that pursuant to the agreement of the parties as reflected in the
13  minutes of this Court, the time for the Defendants to file any post-trial motions is extended to
14  **December 1, 2008.**
15
16  Dated:  November 17, 2008
                                              _____
17                                            JOSEPH C. SPERO
                                              United States Magistrate Judge
18
19
20
21
22
23
24
25
26
27
28