Ann A. Nguyen, (Bar No. 178712)
Hugh F. Lennon (Bar No. 66565)
ROBINSON & WOOD, INC.
227 North First Street
San Jose, CA 95113-1016
Telephone: 408/298-7120
Facsimile: 408/298-0477
Email: aan@robinsonwood.com
hfl@robinsonwood.com

Attorneys for Plaintiff and Counterdefendant
PAI CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| PAI CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>INTEGRATED SCIENCE SOLUTIONS, INC. a California Corporation; CECELIA McCLOY, individually and doing business as INTEGRATED SCIENCE SOLUTIONS, INC., a California Corporation; DAVID C. DOBSON; individually and doing business as INTTEGRATED SCIENCE SOLUTIONS, INC., a California Corporation<br><br>    Defendants.<br><br>And all related counter-claims. | Case No. C06-05349 JCS<br><br>**APPLICATION AND STIPULATION FOR SUBSTITUTION OF ATTORNEYS** |

TO: ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

    It is hereby stipulated and consented that Robinson & Wood, Inc., Attorneys at Law, of 227 North First Street, San Jose, California 95113, be and hereby are substituted in place and instead of DLC Law Group, Attorneys at Law, of 26 O'Farrell Street, Suite 506, San Francisco, California 94108, as attorneys for the plaintiff PAI CORPORATION, in the above-entitled action. The undersigned respectfully request an order from the court approving and entering this substitution.

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 | Dated: December 10, 2008 | PAI CORPORATION |
| 3 |   |   |
| 4 |   | By: /s/ Doan Phung |
| 5 |   | Doan Phung<br>President, PAI CORPORATION |
| 6 |   |   |
| 7 | Dated: December 10, 2008 | ROBINSON & WOOD, INC. |
| 8 |   |   |
| 9 |   |   |
| 10 |   | By: _____<br>Ann A. Nguyen |
| 11 |   | New Attorneys for Plaintiff and<br>Counterdefendant, PAI CORPORATION |
| 12 | Dated: December 10, 2008 | DLC LAW GROUP |
| 13 |   |   |
| 14 |   | By: _____ |
| 15 |   | Q. Huy Do<br>Former Attorneys for Plaintiff and |
| 16 |   | Counterdefendant, PAI CORPORATION |

## ORDER APPROVING APPLICATION FOR SUBSTITUTION

The above application re substitution of attorneys is approved.

IT IS SO ORDERED.

Dated: _____

By: _____
JOSEPH C. SPERO
United States District Magistrate Judge

---

ROBINSON & WOOD, INC.
227 NORTH FIRST STREET
SAN JOSE, CA 95113-1016
(408) 298-7120

2

APPLICATION AND STIPULATION FOR SUBSTITUTION OF ATTORNEYS

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: December 10, 2008 | PAI CORPORATION |
| 3 | | |
| 4 | | By: _____ |
| 5 | | Doan Phung<br>President, PAI CORPORATION |
| 6 | | |
| 7 | Dated: December 10, 2008 | ROBINSON & WOOD, INC. |
| 8 | | |
| 9 | | By: _____ |
| 10 | | Ann A. Nguyen<br>New Attorneys for Plaintiff and |
| 11 | | Counterdefendant, PAI CORPORATION |
| 12 | Dated: December 10, 2008 | DLC LAW GROUP |
| 13 | | |
| 14 | | By: _____ |
| 15 | | Q. Huy Do<br>Former Attorneys for Plaintiff and |
| 16 | | Counterdefendant, PAI CORPORATION |

### ORDER APPROVING APPLICATION FOR SUBSTITUTION

The above application re substitution of attorneys is approved.

IT IS SO ORDERED.

Dated: 12/11/08

By: _____
JOSE
United                    rate Judge

*Judge Joseph C. Spero*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*