IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAI CORPORATION,

    Plaintiff,

v.

INTEGRATED SCIENCE SOLUTIONS, INC., et al.,

    Defendants.

No. C-06-5349 JCS

**ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' EX PARTE APPLICATION FOR STAY OF ENFORCEMENT OF JUDGMENT**

Before the Court is defendants' "Ex Parte Application for Stay of Enforcement of Judgment Pending Determination of Defendants' Motion for New Trial and Renewed Motion for Judgment as a Matter of Law," filed February 17, 2009.  Having read and considered the application and the papers filed in support thereof, the Court hereby DENIES the application without prejudice, for the reason that defendants have failed to propose any terms for the posting of security to protect plaintiff's interest in the judgment or to explain why such security should not be required herein.  See Fed. R. Civ. P. 62(b) (providing "[o]n appropriate terms for the opposing party's security, the court may stay the execution of a judgment" pending disposition of motions for, inter alia, a new trial or judgment as a matter of law).

**IT IS SO ORDERED.**

Dated: February 18, 2009

                              MAXINE M. CHESNEY
                              United States District Judge, for
                              JOSEPH C. SPERO
                              United States Magistrate Judge