UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAI CORPORATION,

        Plaintiff(s),

    v.

INTEGRATED SCIENCE SOLUTIONS INC,

        Defendant(s).

Case No. C06-05349 JCS

**ORDER FOR THE RELEASE OF ALL FUNDS HELD PURSUANT TO WRIT OF EXECUTION**

On March 5, 2009, this Court issued an Order staying the enforcement of the judgment indefinitely, pending its decision on the Post-Trial Motions currently at issue. Pursuant to that March 5 Order, the Court hereby ORDERS that all funds held by Washington Mutual that were, or are, in the accounts of Cecelia McCloy, and which have been garnished or frozen, shall be released and returned to the accounts of Cecelia McCloy forthwith.

IT IS SO ORDERED.

Dated: March 19, 2009

                JOSEPH C. SPERO
                United States Magistrate Judge