UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 10 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PAI CORPORATION,<br>a Tennessee corporation,<br><br>         Plaintiff - Appellant,<br><br> v.<br><br>INTEGRATED SCIENCE SOLUTIONS,<br>INC., a California corporation; et al.,<br><br>         Defendants - Appellees. | No. 09-16094<br><br>D.C. No. 06-cv-5349-JCS<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

     A review of the record suggests that this court lacks jurisdiction over the appeal because the district court's order granting in part a motion for judgment as a matter of law, and motion for new trial, is not a final appealable order. *See* 28 U.S.C. § 1291; *Allied Chem. Corp. v. Daiflon, Inc.,* 449 U.S. 33, 34 (1980) (order granting new trial is interlocutory and not immediately appealable); *Schudel v. General Electric Co.,* 120 F.3d 991 (9th Cir. 1997).

     Within 21 days after the date of this order, appellant shall move for voluntary dismissal of the appeal or show cause why it should not be dismissed for lack of jurisdiction. If appellant elects to show cause, a response may be filed within 8 days after service of the memorandum.

CP/MOATT

If appellant fails to comply with this order, the Clerk shall dismiss this appeal pursuant to Ninth Circuit Rule 42-1.

Briefing is suspended pending further order of the court.

FOR THE COURT:

Molly Dwyer
Clerk of Court

By: Curt Pham
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A