# ROBINSON & WOOD, INC.
## ATTORNEYS AT LAW

227 N 1st Street
San Jose, California 95113

(408) 298-7120 Telephone
(408) 298-0477 Facsimile

www.robinsonwood.com

ANN A. NGUYEN
(408) 792-5917
aan@robinsonwood.com

July 29, 2009

Hon. Joseph C. Spero
Magistrate Judge
450 Golden Gate Ave.
San Francisco, CA 94102

    Re:    *Pai Corporation v. Integrated Science*
            Case No: C06 05349 JCS

Your Honor:

This letter will confirm that, with the parties' agreement and the Court's permission, the Case Status Conference scheduled for 1:30 p.m. this Friday, July 31st, is being continued to Friday, September 11, 2009 at 1:30 p.m. Because Mr. Adams is currently out of the office and not available to sign a stipulation, he has consented to my submitting this letter on both parties' behalf. At this time, we are still waiting for the Ninth Circuit to issue a ruling on whether it has jurisdiction over PAI's appeal.

As allowed by the Court, I intend to appear at the September 11th conference via telephone. Mr. Adams plans to appear in person.

Thank you for your attention and consideration of this matter.

Very truly yours,

*[signature]*
ANN A. NGUYEN

Dated: July 30, 2009

IT IS SO ORDERED
*[signature]*
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AAN:rmf
cc: William Adams

520473