ANN A. NGUYEN [SBN. 178712]
  *aan@robinsonwood.com*
ROBINSON & WOOD, INC.
227 N 1st Street
San Jose, California  95113
Telephone:   (408) 298-7120
Facsimile:    (408) 298-0477

Attorneys for Plaintiff, PAI CORPORATION

WILLIAM ERROL ADAMS [SBN. 153330]
  *wadams@fablaw.com*
FITZGERALD, ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, CA 94612
Telephone:   (510) 451-3300
Facsimile:      (510) 451-1527

Attorneys for Defendants, INTEGRATED SCIENCE SOLUTIONS, INC.
and CECELIA McCLOY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PAI CORPORATION,<br><br>            Plaintiff,<br><br>vs.<br><br>INTEGRATED SCIENCE SOLUTIONS, INC. a California Corporation; CECELIA McCLOY, individually and doing business as INTEGRATED SCIENCE SOLUTIONS, INC., a California Corporation; DAVID C. DOBSON; individually and doing business as INTTEGRATED SCIENCE SOLUTIONS, INC., a California Corporation,<br><br>            Defendants. | Case No. C-06-05349 JCS<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE SET FOR SEPT. 18, 2009** |

Given that the Ninth Circuit Court of Appeal has not issued a decision with respect to its Order to Show Cause regarding its jurisdiction in the appeal filed by Plaintiff PAI, the parties hereby

1  stipulate, by and through their respective counsel, to a continuance of the Case Status Conference
2  currently set for Friday, September 18, 2009 at 1:30 p.m. before this Court.
3      The parties respectfully request that the September 18, 2009 Status Conference be continued to
4  Friday, October 9, 2009, at 1:30 p.m. Plaintiff's counsel, Ann Nguyen, requests that she be allowed to
5  appear via telephone.

                          Respectfully Submitted,

Dated: Sept. 16, 2009            ROBINSON & WOOD, INC.

By:  //s//
      ANN A. NGUYEN
      Attorneys for Plaintif

Dated: Sept. 16, 2009            FITZGERALD, ABBOTT & BEARDSLEY

By:  //s//
      WILLIAM E. ADAMS
      Attorneys for Defendants

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

Dated: 09/17/09



JOSEPH C. SPERO
U.S. MAGISTRATE JUDGE

529173

2                  C-06-05349 JCS
STIP & ORDER TO CONT. STATUS CONFERENCE