ANN A. NGUYEN [SBN. 178712]
  aan@robinsonwood.com
ROBINSON & WOOD, INC.
227 N 1st Street
San Jose, California 95113
Telephone: (408) 298-7120
Facsimile: (408) 298-0477

Attorneys for Plaintiff, PAI CORPORATION

WILLIAM ERROL ADAMS [SBN. 153330]
  wadams@fablaw.com
FITZGERALD, ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, CA 94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527

Attorneys for Defendants, INTEGRATED SCIENCE SOLUTIONS, INC.
and CECELIA McCLOY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PAI CORPORATION,<br><br>            Plaintiff,<br><br>vs.<br><br>INTEGRATED SCIENCE SOLUTIONS, INC. a California Corporation; CECELIA McCLOY, individually and doing business as INTEGRATED SCIENCE SOLUTIONS, INC., a California Corporation; DAVID C. DOBSON; individually and doing business as INTTEGRATED SCIENCE SOLUTIONS, INC., a California Corporation,<br><br>            Defendants. | Case No. C-06-05349 JCS<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE SET FOR OCTOBER 9, 2009** |

Given that the Ninth Circuit Court of Appeal has not issued a decision with respect to its Order to Show Cause regarding its jurisdiction in the appeal filed by Plaintiff PAI, the parties hereby

stipulate, by and through their respective counsel, to a continuance of the Case Status Conference currently set for Friday, October 9, 2009 at 1:30 p.m. before this Court.

The parties respectfully request that the October 9, 2009 Status Conference be continued to Friday, November 6, 2009, at 1:30 p.m. Plaintiff's counsel, Ann Nguyen, requests that she be allowed to appear via telephone.

Respectfully Submitted,

Dated: October 6, 2009     ROBINSON & WOOD, INC.

By:   //s//
    ANN A. NGUYEN
    Attorneys for Plaintif

Dated: October 6, 2009     FITZGERALD, ABBOTT & BEARDSLEY

By:   //s//
    WILLIAM E. ADAMS
    Attorneys for Defendants

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

Dated: __10/7/9_____     
JOSE_
U.S. M_