1  ANN A. NGUYEN [SBN. 178712]
   aan@robinsonwood.com
2  ROBINSON & WOOD, INC.
   227 N 1st Street
3  San Jose, California 95113
   Telephone:   (408) 298-7120
4  Facsimile:   (408) 298-0477

5  Attorneys for Plaintiff PAI Corp.

6
   WILLIAM ERROL ADAMS [SBN. 153330]
7    wadams@fablaw.com
   FITZGERALD, ABBOTT & BEARDSLEY LLP
8  1221 Broadway, 21st Floor
   Oakland, CA 94612
9  Telephone:   (510) 451-3300
10 Facsimile:   (510) 451-1527

11 Attorneys for Defendants ISSI and McCloy

12
                UNITED STATES DISTRICT COURT
13
        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
14

15

16 PAI CORPORATION,                              Case No. C-06-05349 JCS

17         Plaintiff,

18 vs.

19 INTEGRATED SCIENCE SOLUTIONS,                 STIPULATION AND AGREED ORDER
   INC. a California Corporation; CECELIA       OF DISMISSAL
20 McCLOY, individually and doing business as
   INTEGRATED SCIENCE SOLUTIONS,
21 INC., a California Corporation; DAVID C.
   DOBSON; individually and doing business as
22 INTTEGRATED SCIENCE SOLUTIONS,
   INC., a California Corporation,
23
           Defendants..
24

25     IT IS HEREBY STIPULATED by and between Plaintiff PAI Corporation ("PAI") and

26 Defendants INTEGRATED SCIENCE SOLUTIONS, INC. ("ISSI") and CECELIA MCCLOY

27 ("MCCLOY"), by and through their respective counsel, that this action be dismissed with prejudice,

28 except that the Court will retain jurisdiction to enforce the terms of their January 6, 2010 Confidential

551111                                                                          C-06-05349 JCS
STIPULATION AND AGREED ORDER OF DISMISSAL

Settlement Agreement and Mutual Release under the authority of *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 381-82 (1994).

Dated: Feb. 9, 2010      ROBINSON & WOOD, INC.

By: _____
ANN A. NGUYEN
Attorneys for PAI Corp.

Dated: Feb. 9, 2010      FITZGERALD, ABBOTT & BEARDSLEY, LLP

By: _____
WILLIAM E. ADAMS
Attorneys for ISSI and MCCLOY

## ORDER

PURSUANT TO THE PARTIES' STIPULATION AS SET FORTH ABOVE, IT IS HEREBY ORDERED THAT:

1) The parties shall comply with the terms of their January 6, 2010 Confidential Settlement Agreement and Mutual Release.

2) By consent of the parties, the Court shall retain jurisdiction for the purpose of enforcing the terms of said settlement agreement, including entering judgment upon the defendants' default under the terms of the settlement agreement.

3) Except as provided for in paragraphs 1 and 2 above, this case is dismissed with prejudice.

DATED: Feb. 10, 2010

_____
JUDGE OF THE [Judge Joseph C. Spero] COURT