UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAI CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>INTEGRATED SCIENCE SOLUTIONS, INC., et al.,<br><br>    Defendants. | Case No.  06-cv-05349-JCS<br><br>**ORDER TO FILE UNDER SEAL COURT'S ORDER RE MOTION TO ENFORCE SETTLEMENT AGREEMENT** |

The Court hereby ORDERS that its April 7, 2015 Order [Docket No. 339] is under seal. The Court intends to publish the entire opinion in the public record within thirty (30) days of the date of this Order.  If any party believes that the Court's opinion contains any confidential information entitled to protection, that party shall file with the Court a declaration establishing such entitlement and any proposed redactions not later than 21 days from the date of this Order.

**IT IS SO ORDERED.**

Dated: April 7, 2015

JOSEPH C. SPERO
United States Magistrate Judge