ROGERS JOSEPH O'DONNELL
Patricia A. Meagher (SBN. 113219)
   pmeagher@rjo.com
311 California Street
San Francisco, California 94104
Telephone:  415.956.2828
Facsimile:  415.956.6457

Attorneys for Defendant and Counterclaimant
INTEGRATED SCIENCE SOLUTIONS, INC.
and Defendant CECELIA McCLOY


ANN A. NGUYEN (SBN. 178712)
   aan@robinsonwood.com
ROBINSON & WOOD, INC.
227 N 1st Street
San Jose, California 95113
Telephone: ( 408) 298-7120
Facsimile: (408) 298-0477

Attorneys for Plaintiff and Cross-Defendant
PAI CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAI CORPORATION, a Tennessee corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>INTEGRATED SCIENCE SOLUTIONS, INC., a California corporation; and CECELIA McCLOY, an individual,<br><br>          Defendants. | Case No.  C-06-05349 JCS<br><br>**NOTICE OF SETTLEMENT AND REQUEST THAT THE COURT NO LONGER RETAIN JURISDICTION** |
| AND RELATED CROSS-ACTIONS | |

   By and through their respective undersigned counsel, Plaintiff and Cross-Defendant PAI Corporation ("Plaintiff") and defendant and counterclaimant Integrated Science Solutions, Inc., and defendant Cecelia McCloy ("Defendants") (together, the "Parties"),

1  hereby notify the court that the Parties have settled the entire action and there are no

2  continuing obligations between or among them.

3      The Parties request that the court no longer retain jurisdiction over this action.

5  Dated:  May 14, 2015        ROGERS JOSEPH O'DONNELL

7          By:    */s/ Patricia A. Meagher*
            PATRICIA A. MEAGHER
8          Attorneys for Defendant and Counterclaimant
        INTEGRATED SCIENCE SOLUTIONS, INC.
9          and Defendant CECELIA McCLOY

12  Dated:  May 14, 2015        ROBINSON & WOOD, INC.

14          By:    */s/ Ann A. Nguyen*
            ANN A. NGUYEN
15          Attorneys for Plaintiff and Cross-Defendant
        PAI CORP.

18      I attest that concurrence in the filing of this document has been obtained from Ann A.

19  Nguyen for Plaintiff.

21          By:    */s/ Patricia A. Meagher*
            PATRICIA A. MEAGHER
22          Attorneys for Defendant and Counterclaimant
        INTEGRATED SCIENCE SOLUTIONS, INC.
23          and Defendant CECELIA McCLOY

24  Dated:  5/15/15

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]